# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Linc Government Services, LLC ) | ASBCA No. 58560 |
| ) | |
| Under Contract No. W917BG-07-D-0005 ) | |

APPEARANCES FOR THE APPELLANT:

Lea Carol Owen, Esq.
Ben H. Bodzy, Esq.
  Baker, Donelson, Bearman,
  Caldwell & Berkowitz, P.C.
  Nashville, TN

APPEARANCES FOR THE GOVERNMENT:

Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
James D. Stephens, Esq.
  Assistant District Counsel
  U.S. Army Engineer District, Middle East
  Winchester, VA

## ORDER OF DISMISSAL

The appeal has been resolved by the parties' joint stipulation of dismissal with prejudice. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 26 March 2014

DAVID W. JAMES, JR.
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58560, Appeal of Linc Government Services, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals